IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANTHONY PRESCOTT, #2174108 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv879 |
| | § | |
| DENTON COUNTY JAIL, ET AL. | § | |

## ORDER ADOPTING THE INITIAL REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE RE: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Initial Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of Plaintiff's motion for summary judgment, has been presented for consideration. No objections have been filed. After reviewing the Report, the Court concludes the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** Plaintiff's motion for summary judgment (Dkt. 25) is **DENIED** as moot.

**SIGNED** this 24th day of September, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE