# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

November 08, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-40254   Prescott v. Plybol  
                  USDC No. 4:16-CV-879

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Rebecca L. Leto, Deputy Clerk  
504-310-7703

Mr. Jerry Edward Drake Jr.  
Mr. Caleb Peter Garcia  
Mr. David O'Toole  
Mr. Anthony Prescott  
Ms. Mary Erin Wilcox Miller

# United States Court of Appeals for the Fifth Circuit

_____

No. 20-40254
_____

Anthony Prescott,

*Plaintiff—Appellant*,

*versus*

Plybol, Corporal, Denton County Sheriff Department; Gauge, Corporal, Denton County Sheriff Department; Von, Deputy, Denton County Sheriff Department; Killshaw, Deputy Sheriff, Denton County Sheriff Department; Richie, Deputy, Denton County Sheriff Department; Chris Watts, Mayor, City of Denton; Denton County State Municipal Corporation; Hugh Coleman, Denton County Commissioner; Bobbie Mitchell, Denton County Commissioner; Andy Eads, Denton County Commissioner; Sara Bagheri, Councilwoman, City of Denton, TX; Kelly Briggs, Councilwoman, City of Denton, TX; Dalton Gregory, Councilman, City of Denton, TX; Gerard Hudspeth, Councilman, City of Denton, TX; Kathleen Wauzy, Councilwoman, City of Denton, TX; Todd Hileman, City Manager, Denton, TX; Mary Cochran, Chief Administrator, Denton Sheriff Department; Mike Ganzer, Jail Administrator, Denton County Sheriff Department; William Travis, Previous Sheriff, Denton County; Tracy Murphee, Sheriff, Denton County; Orlando Hinojosa, Lieutenant of Communications, Denton County Sheriff Department; Rich, Captain, Sheriff Department Chain of Command Member; Flannagan, Captain, Sheriff Department Chain of Command Member; Hargrove, Sergeant, Denton County

Sheriff Department; Cordell, Sergeant, Mail Department Sup. Officer of Sheriff Department; Farvie, Deputy, Denton County Sheriff Department; Kelly Whitmoor, Sheriff Department Officer; Tut, Captain of Department, Chain of Command Member; Lieutenant John Doe, Sergeant Hargrove's unknown immediate supervisor; Williams, Sergeant, Denton County Sheriff Department; John Doe, Unknown Sheriff Department officer; John Doe, Sheriff Department maintenance worker; John Doe, Sheriff Department Officer; Vybarrar, Sheriff Deputy; John Doe, Unknown Sheriff Deputy; John Doe, Unknown Sheriff Department medical staff member,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:16-CV-879

_____

ON PETITION FOR REHEARING

Before Jones, Duncan, and Engelhardt, *Circuit Judges*.
Per Curiam:

IT IS ORDERED that the petition for rehearing is DENIED.