# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **ANTHONY PRESCOTT, #2174108** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:16cv879** |
| | § | |
| **DENTON CNTY. JAIL, ET AL.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding that Plaintiff's "Motion Request for Entry of Default" (Dkt. #201) should be denied. The Report and Recommendation of the Magistrate Judge (Dkt. #207), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were filed.

The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** Plaintiff's "Motion Request for Entry of Default" (Dkt. #201) is **DENIED**.

SIGNED this 5th day of February, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE