# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **ANTHONY PRESCOTT** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:16-CV-879** |
| | § | |
| **DENTON CNTY. JAIL,** *et al.*, | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Aileen G. Durrett, who issued a Report and Recommendation concluding that the Motions to Dismiss filed by the Denton County Defendants and the City of Denton Defendants should be granted. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 21st day of March, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE